IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CR-00076-F-1
No. 7:16-CR-00375-F

| | | |
|---|---|---|
| PATRICK McMILLAN BRAGG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Having examined Petitioner's motion pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing Section 2255 Proceedings, or to make such other response as appropriate to Petitioner's § 2255 motion [DE-85] within **forty (40)** days of the filing of this order.

SO ORDERED.

This _16_ day of November, 2016.

                                       JAMES C. FOX
                                       SENIOR UNITED STATES DISTRICT JUDGE