IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CR-76-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER TO SEAL** |
| ) | |
| PATRICK MCMILLAN BRAGG, ) | |
| ) | |
| Defendant. ) | |

Before the court is the Government's motion to file docket entry number 91 and its accompanying Order under seal pursuant to Local Criminal Rule 55.2. [DE 92]. For good cause shown, the motion is ALLOWED and docket entry number 91 and its accompanying Order shall be filed under seal.

SO ORDERED.

This the 8th day of December, 2016.

*/s/ James C. Fox*
**JAMES C. FOX**
Senior United States District Judge